# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 27, 2015

## NO. 03-15-00149-CV

**Evangelos Pagonis, Appellant**

**v.**

**The Judicial Branch Certification Commission f/k/a The Court Reporter's Certification Board, Appellee**

**APPEAL FROM THE JUDICIAL BRANCH CERTIFICATION COMMISSION
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN**

This appears to be an attempt to appeal a decision by the Judicial Branch Certification Commission. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.